B1 (Official Form 1) (4/10)

| UNITED STATES BANKRUPTCY COURT<br>District of Delaware | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Entelos, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>See Schedule 1 attached | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>77-0435818 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>110 Marsh Drive<br>Foster City, California<br>ZIP CODE 94404 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>San Mateo | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>110 Marsh Drive<br>Foster City, California<br>ZIP CODE 94404 | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other<br>Life Sciences / Software<br>**Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☐ Chapter 7   ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13<br>**Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☑ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

**Estimated Number of Creditors**

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): Entelos, Inc. | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)       (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B1 (Official Form) 1 (4/10) | | Page 3 |
|---|---|---|
| **Voluntary Petition** *(This page must be completed and filed in every case.)* | | Name of Debtor(s): Entelos, Inc. |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. X _____ Signature of Debtor X _____ Signature of Joint Debtor _____ Telephone Number (if not represented by attorney) _____ Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only one box.) ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. X _____ (Signature of Foreign Representative) _____ (Printed Name of Foreign Representative) _____ Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X _[signature]_ Signature of Attorney for Debtor(s) Timothy Reliey, Esq. (5435) Printed Name of Attorney for Debtor(s) Reed Smith LLP Firm Name 1201 N. Market Street Wilmington, DE 19801 Address 302-778-7500 Telephone Number 07/25/2011 Date *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. _____ Printed Name and title, if any, of Bankruptcy Petition Preparer _____ Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) _____ Address X _____ _____ Date Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. X _[signature]_ Signature of Authorized Individual Shawn O'Connor Printed Name of Authorized Individual Chief Executive Officer Title of Authorized Individual 07/25/2011 Date | |

# SCHEDULE 1 TO VOLUNTARY PETITION

The Debtor has used the following other names during the previous 8 years, which the Debtor has registered with various states:

Iconix Biosciences, Inc.

Iconix Pharmaceuticals, Inc.

Iconix Biosciences (UK) Ltd.

Entelos UK Limited

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
| --- | --- |
| ENTELOS, INC.,[1] | Case No. 11-_____(____) |
| Debtor. | |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rules of Bankruptcy Procedures 1007(a)(1) and 7007.1, the following are corporations, other than a governmental unit, that directly or indirectly own 10% or more of any class of the debtor's equity interests:

| SHAREHOLDER | APPROX. OWNERSHIP PERCENTAGE |
| --- | --- |
| Imperium Master Fund, Ltd.<br>c/o Imperium Advisers<br>515 Madison Avenue<br>New York, NY 10022 | 68.1% |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF CORPORATION OR PARTNERSHIP

I, Shawn O'Connor, Chief Executive Officer of Entelos, Inc., a Delaware corporation, named as a debtor in this case, declare under penalty of perjury that I have read the foregoing Corporate Ownership Statement, and that it is true and correct to the best of any information and belief.

Dated: July 25, 2011

By: ENTELOS, INC.,
A Delaware Corporation,

Name: Shawn O'Connor
Title: Chief Executive Officer

---

[1] The last four digits of the Debtor's tax identification number are 5818.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| In re:<br><br>ENTELOS, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 11-_____(\_\_\_\_) |
|---|---|

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

The following list of Entelos, Inc.'s (the "Debtor") creditors holding the 20 largest unsecured claims (the "Top 20 List") has been prepared from the Debtor's books and records as of July 24, 2011. The Top 20 List was prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in the Debtor's Chapter 11 case. The Top 20 List does not include: (1) persons who come within the definition of an "insider" set forth in 11 U.S.C. § 101(31), or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. The information presented in the Top 20 List shall not constitute an admission by, nor is it binding on, the Debtor. The information presented herein, including, without limitation (a) the failure of the Debtor to list any claim as contingent, unliquidated, disputed or subject to a setoff or (b) the listing of any claim as unsecured, does not constitute an admission by the Debtor that the secured lenders listed hold any deficiency claims, nor does it constitute a waiver of the Debtor's right to contest the validity, priority, nature, characterization and/or amount of any claim.

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Internal Revenue Service | Internal Revenue Service<br>Ogden, UT 84201-0027 | Payroll Taxes | | $1,294,390 |
| Hines VAF No Cal Properties, L.P.<br>101 California Street, Suite 1000<br>San Francisco, CA 94111-5894 | Hines VAF No Cal Properties, L.P<br>Attn: George Clever<br>101 California Street, Suite 1000<br>San Francisco, CA 94111-5894<br>T: 415-398-1442<br>F: 415-982-6200 | Landlord | | $289,133.34 |
| California Franchise Tax Board | Franchise Tax Board<br>P.O. Box 942857<br>Sacramento, CA 94257-0551 | Payroll Taxes | | $266,760.18 |
| Sunaina Balain<br>1 Stanton Way<br>Mill Valley, CA 94941 | Sunaina Balain<br>1 Stanton Way<br>Mill Valley, CA 94941 | Unsecured Loan –<br>$150,00.00; Wages | | $195,128.21 |

---

[1] The last four digits of the Debtor's tax identification number are 5818.

| Creditor | Contact | Type | | Amount |
|---|---|---|---|---|
| The Law Offices of Karen Flick<br>30 Avenue Portola, 2nd Floor<br>El Granada, CA 94018 | The Law Offices of Karen Flick<br>Attn: Karen E. Flick<br>30 Avenue Portola, 2nd Floor<br>El Granada, CA 94018<br>T: 650-284-5575<br>F: 650-284-5596 | Professional Services | | $173,484.79 |
| Relational, LLC<br>4381 Paysphere Circle<br>Chicago, IL 60674<br><br>Relational, LLC<br>c/o Macquarie Equipment Finance, LLC, a Servicing Agent for Relational Technology<br>2285 Franklin Road<br>Bloomfield, MI 48302 | Relational, LLC<br>4381 Paysphere Circle<br>Chicago, IL 60674<br><br>Relational, LLC<br>c/o Macquarie Equipment Finance, LLC, a Servicing Agent for Relational Technology<br>Attn: Donald Helmrich<br>2285 Franklin Road<br>Bloomfield, MI 48302<br>T: 248-339-1393<br>F: 248-3391404 | Equipment Lease | | $165,023.16 |
| Real Property Investments LLC<br>7103 South Revere Parkway<br>Englewood, CO 80112 | Real Property Investments LLC<br>Attn: Douglas Thaxton<br>7103 South Revere Parkway<br>Englewood, CO 80112<br>T: 303-705-6109<br>F: 705-6109 | Landlord | | $156,114.87 |
| Jim Neal<br>875 El Cerro Blvd.<br>Danville, CA 94526 | Jim Neal<br>875 El Cerro Blvd.<br>Danville, CA 94526 | Former Employee | | $129,626.92 |
| James Karis<br>1923 Oak Knoll Drive<br>Belmont, CA 94002 | James Karis<br>1923 Oak Knoll Drive<br>Belmont, CA 94002 | Former Employee | | $125,000.00 |
| Latham & Watkins LLP<br>140 Scott Drive<br>Menlo Park, CA 94025 | Latham & Watkins LLP<br>Attn: Alan Mendelson<br>140 Scott Drive<br>Menlo Park, CA 94025<br>T: 650-328-4600<br>F: 650-463-2600 | Professional Services | | $110,097.55 |
| Ops On Demand Inc.<br>807 Roosevelt Ave.<br>Redwood City, CA 94061 | Ops On Demand Inc.<br>Attn: Srini Bala<br>807 Roosevelt Ave.<br>Redwood City, CA 94061 | Professional Services | | $64,120.00 |
| Fabiani & Company<br>1101 Pennsylvania Avenue, N.W.<br>Suite 700<br>Washington, DC 20001 | Fabiani & Company<br>Attn: Stacy C. Jordan<br>1101 Pennsylvania Avenue, N.W.<br>Suite 700<br>Washington, DC 20001<br>T: 202-758-1991<br>F: 202-757-7554 | Professional Services | | $62,820.00 |
| Thomas Whitelaw & Tyler LLP<br>3 Embarcadero Center, Suite 1350<br>San Francisco, CA 94111-4037 | Thomas Whitelaw & Tyler LLP<br>3 Embarcadero Center, Suite 1350<br>San Francisco, CA 94111-4037<br>T: 415-820-0400<br>F: 415-820-0405 | Professional Services | | $61,083.43 |
| Affymetrix Inc.<br>3420 Central Expressway<br>Santa Clara, CA 95051 | Affymetrix Inc.<br>3420 Central Expressway<br>Santa Clara, CA 95051<br>T: 408-731-5000<br>F: 408-481-0422 | Trade Debt | | $60,672.46 |
| Jones Day<br>1755 Embarcadero Rd<br>Palo Alto, CA 94303 | Jones Day<br>Attn: Jason Schendel<br>1755 Embarcadero Rd<br>Palo Alto, CA 94303<br>T: 650-739-3939<br>F: 650-739-3900 | Professional Services | | $41,707.21 |

| | | | | |
|---|---|---|---|---|
| Heller Ehrman<br>c/o Adler Law Firm<br>Attn: Joel D. Adler<br>101 Montgomery, Suite 2050<br>San Francisco, CA 94104 | Heller Ehrman<br>c/o Adler Law Firm<br>Attn: Joel D. Adler<br>101 Montgomery, Suite 2050<br>San Francisco, CA 94104<br>T: 415-433-5333<br>F: 415-433-5334 | Professional Services | | $55,151.48 |
| The Starfish Group<br>6911 Radnor Road<br>Bethesda, MD 20817 | The Starfish Group<br>Attn: Molly Mahoney<br>6911 Radnor Road<br>Bethesda, MD 2081<br>T: 202-2930994 | Professional Services | | $41,595.42 |
| Andrea E. Herz<br>408 Laurel Avenue<br>Menlo Park, CA 94025 | Andrea E. Herz<br>408 Laurel Avenue<br>Menlo Park, CA 94025 | Wages | | $37,697.69 |
| OfficeTeam<br>2929 Campus Drive, Suite 101<br>San Mateo, CA 94403 | OfficeTeam<br>2929 Campus Drive, Suite 101<br>San Mateo, CA 94403<br>F: 650-574-7779 | Professional Services | | $36,132.39 |
| Jubilant Biosys, Ltd<br>Jubilant Discovery Center<br>#96, Industrial Suburb,<br>2nd Stage, Yeshwantpur,<br>Bangalore - 560 022,<br>India | Jubilant Biosys, Ltd<br>Jubilant Discovery Center<br>#96, Industrial Suburb,<br>2nd Stage, Yeshwantpur,<br>Bangalore - 560 022,<br>India<br>T: +91 80 66628400<br>F: +91 80 66628333 | Professional Services | | $36,050.00 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENTELOS, INC.,[2] | Case No. 11-_____ (____) |
| Debtor. | |

## DECLARATION CONCERNING LIST OF CREDITORS
## HOLDING 20 LARGEST UNSECURED CLAIMS

I, Shawn O'Connor, Chief Executive Officer of Entelos, Inc., a Delaware corporation, declare under penalty of perjury under the laws of the United States of America that I have reviewed the foregoing List of Creditors Holding 20 Largest Unsecured Claims submitted herewith and the information contained therein is true and correct to the best of my knowledge, information and belief.

Dated: July 25, 2011

_____
Name: Shawn O'Connor
Title: Chief Executive Officer

---

[2] The last four digits of the Debtor's tax identification number are 5818.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re:

ENTELOS, INC.,[1]

    Debtor.

Chapter 11

Case No. 11-_____ (____)

## DEBTOR'S CREDITOR MATRIX

The above-captioned debtor and debtor-in-possession separately filed contemporaneously with the petition a list of creditors (the "Creditor Matrix").

---

[1] The last four digits of the Debtor's tax identification number are 5818.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

ENTELOS, INC.,[1]

Debtor.

Chapter 11

Case No. 11-_____ (___)

## CERTIFICATION OF LIST OF CREDITORS

The foregoing list of creditors being filed in electronic format (the "Creditor Matrix") constitutes a full and complete list of the name and address of each creditor. This list is being filed pursuant to 11 U.S.C. § 521, Rules 1007 and 1008 of the Federal Rules of Bankruptcy Procedure, and Rule 1007-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware. The above captioned debtor (the "Debtor") reserves the right to file an amended or supplemental list of creditors. The Creditor Matrix is based upon the internal bookkeeping records of the Debtor and is accurate to the best of the undersigned's knowledge, information and belief, subject to further review.

I, Shawn O'Connor, Chief Executive Officer of Entelos, Inc., a Delaware corporation, declare under penalty of perjury that I have read the Creditor Matrix and it is true and correct to the best of my knowledge, information and belief.

Dated: July 25, 2011

Name: Shawn O'Connor
Title: Chief Executive Officer

---

[1] The last four digits of the Debtor's tax identification number are 5818.

## RESOLUTIONS OF THE BOARD OF DIRECTORS OF ENTELOS, INC.
(As of July 25, 2011)

I, Shawn O'Connor, Secretary of Entelos, Inc. (the ""Company") hereby certify that upon motion duly made, seconded and carried, the resolutions attached hereto as Annex A were adopted by affirmative vote of a majority of the directors present at the time of the vote, at a duly convened meeting of the Board of Directors of the Company held on July 25 2011, at which a quorum was present, in each case, in accordance with the Certificate of Incorporation and by-laws of the Company.

Dated: July 25, 2011

_____
Shawn O'Connor
Secretary

# ANNEX A
# RESOLUTIONS OF THE BOARD OF DIRECTORS OF ENTELOS, INC.

The members of the board of directors (the "Board of Directors") of Entelos, Inc., a Delaware corporation (the "Company"), held a telephonic special meeting of the Board of Directors of the Company. Board members present on the call were Art Reidel, Michael Pliner, and Shawn O'Connor.

Also on the call was outside counsel, Richard Scudellari, Esquire, and Kurt F. Gwynne, Esquire. The Board of Directors unanimously took the following actions and adopted the following resolutions:

> WHEREAS, the Board of Directors reviewed the financial and operation condition of the Company, including its historical performance, and the liabilities and liquidity situation of the Company, the impending unlawful detainer hearing, the credit market conditions, and the strategic alternatives available to it and the impact of the foregoing on the Company's business; and

> WHEREAS, the Board of Directors has received, reviewed and considered the recommendations of the senior management of the Company and the Company's legal advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding under the provisions of Chapter 11 of Title 11 of the United States Code ("Chapter 11").

NOW, THEREFORE, BE IT RESOLVED that, in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors and other constituents and other parties, that a voluntary petition be filed by the Company under the provisions of Chapter 11;

RESOLVED FURTHER that the officers of the Company be, and they hereby are, authorized to execute and file on behalf of the Company all petitions, schedules, lists and other papers or documents, and to take any and all action which they deem necessary or proper to obtain such relief;

RESOLVED FURTHER that the officers of the Company be, and they hereby are, authorized and directed to employ the law firm of Reed Smith LLP as general bankruptcy counsel, to the Company to represent and assist the Company in carrying out its duties under Title 11 of the United States Code (the "Bankruptcy Code"), and to take any and all actions to advance the Company's rights, including the preparation of pleadings and filings in the Chapter 11 proceeding, and in connection therewith, the officers of the Company are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 case, and to cause to be filed appropriate applications for authority to retain the services of Reed Smith LLP;

RESOLVED FURTHER that the officers of the Company be, and they hereby are, authorized and directed to enter into that certain engagement agreement between Tim Jenkens and the Company;

RESOLVED FURTHER, that the officers of the Company be, and they hereby are, authorized and directed to employ any other individual and/or firms as professionals or consultants or financial advisors to the Company as are deemed necessary to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and in connection therewith, the officers of the Company are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of such firms;

RESOLVED FURTHER that the officers of the Company be, and they hereby are, authorized and empowered to obtain post-petition financing according to the terms negotiated, or to be negotiated, by management of the Company, including under debtor-in-possession credit facilities or relating to the use of cash collateral; and to enter into any guarantees and to pledge and grant liens on its assets as may be contemplated by or required under the terms of such post-petition financing or cash collateral agreements; and in connection therewith, the officers of the Company are hereby authorized and directed to execute appropriate loan agreements, cash collateral agreements and related ancillary documents;

RESOLVED FURTHER that the officers of the Company be, and they hereby are, authorized and empowered for, in the name of, and on behalf of the Company, to enter into with Imperium Master Fund, Ltd. (subject to higher or better offers) an asset purchase agreement or bill of sale and any necessary or appropriate ancillary documents (the "Transaction Documents"), and to enter into the transactions and obligations contemplated by the Transaction Documents, subject to court approval in the Company's Chapter 11 case;

RESOLVED FURTHER that the officers of the Company be, and they hereby are, authorized and empowered for, in the name of, and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such instruments as each, in his or her discretion, may deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions;

RESOLVED FURTHER that all of the acts and transactions relating to matters contemplated by the foregoing resolutions of management and the Board of the Company, in the name and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved and ratified;

RESOLVED FURTHER that Alan Mendelson is removed from the office of Secretary for the Company and Shawn O'Connor is appointed Secretary for the Company for expediency purposes regarding the filing of the chapter 11 bankruptcy. The Company will revisit that issue at the next board meeting..

US_ACTIVE-106776783 3