# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENTELOS, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 11-12329 |

**EXHIBIT SUPPLEMENT TO DEBTOR'S MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 363(c), 363(e), 364 AND 507 AND FED. R. BANKR. P. 2002, 4001 AND 9014 (I) AUTHORIZING DEBTOR TO OBTAIN POSTPETITION FINANCING PURSUANT TO SECTION 364 OF THE BANKRUPTCY CODE, (II) AUTHORIZING USE OF CASH COLLATERAL PURSUANT TO SECTION 363 OF THE BANKRUPTCY CODE, (III) GRANTING LIENS AND SUPER-PRIORITY CLAIMS, (IV) GRANTING ADEQUATE PROTECTION AND (V) SCHEDULING A FINAL HEARING PURSUANT TO FED. R. BANKR. P. 4001(b) AND (c)**

A.  <u>Financing Documents.</u>

   1.  Senior Term Note, dated April 15, 2010, by Entelos, Inc. (the "<u>Borrower</u>") in favor of Imperium Master Fund, Ltd. ("<u>Imperium</u>"), in the original principal amount of $6,000,000;

   2.  Supplemental Senior Term Note, dated as of June 2, 2010, by Borrower in favor of Imperium, in the original principal amount of $500,000;

   3.  Second Supplemental Senior Term Note, dated as of June 24, 2011, by Borrower in favor of Imperium, in the original principal amount of $850,000;

   4.  Senior Term Promissory Note, dated as of July 22, 2011, by Borrower in favor of Imperium, in the original principal amount of $300,000;

   5.  Exchange Agreement, dated as of March 25, 2010, by and between Borrower and Imperium.

B.  <u>Security Document</u>.

   1.  Amended and Restated Security Agreement, dated as of April 15, 2010, by Borrower, Entelos (UK) Ltd., Eratosethes, Inc. and Digitalself, Inc. in favor of Imperium Advisers, LLC, in its capacity as collateral agent for the benefit of Imperium (in such capacity, "<u>Collateral Agent</u>").

---

[1] The last four digits of the Debtor's tax identification number are 5818.

1

C. <u>Perfection Document</u>.

1. UCC-1 Financing Statement, naming Collateral Agent, as secured party, and Borrower and Iconix Biosciences (UK) Ltd., as debtors, filed with the Delaware Secretary of State on January 11, 2008, bearing file number 20080205359.

Wilmington, Delaware
Dated: July 25, 2011

Respectfully submitted,

REED SMITH LLP

By: /s/ Timothy P. Reiley
Kurt F. Gwynne (No. 3951)
Richard A. Robinson (No. 5059)
Timothy P. Reiley (No. 5435)
1201 Market Street; Suite 1500
Wilmington, DE 19801
Phone: (302) 778-7500
Fax: (302) 778-7575
Email: kgwynne@reedsmith.com
rrobinson@reedsmith.com
treiley@reedsmith.com

Proposed Counsel for the Debtor and Debtor in Possession