**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ENTELOS, INC.,[1]<br><br>          Debtor. | Chapter 11<br><br>Case No. 11-12329 (PJW) |

**NOTICE OF AGENDA ON MATTERS SCHEDULED FOR FIRST DAY HEARING ON
JULY 26, 2011 AT 4:00 P.M. (EASTERN)[2][3]**

**The agenda sets forth items in the order they appear in the first day motions binder
delivered to the court. The status of each is set forth below.**

1. Voluntary Chapter 11 Petition

    a. Entelos, Inc. (Case No. 11-12329)

2. Declaration of Shawn O'Connor in Support of Debtor's Chapter 11 Petition and First Day Motions (Docket No. 5; Filed on July 25, 2011)

    Status: The Declaration will be relied upon as evidentiary support for the first day matters listed below.

**First Day Motions**

3. Application for Entry of Order Authorizing Debtor to Employ and Retain DLS Claims Administration, LLC as Notice, Claims and Solicitation Agent *Nunc Pro Tunc* to the Petition Date (Docket No. 4; Filed on July 25, 2011)

    Status: This matter is going forward.

4. Debtor's Motion Pursuant to 11 U.S.C. Sections 105(a), 363 and 507(a) for an Order (I) Authorizing the Debtor, in Its Discretion, to Pay Certain Pre-Petition Employee Wages Compensation and Employee Benefits and Continue Payment of Wages, Compensation and Employee Benefits in the Ordinary Course of

---

[1] The last four digits of the Debtor's tax identification number are 5818.

[2] The hearing will be held before the Honorable Peter J. Walsh, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801.

[3] **Judge Walsh's chambers has advised that any party who wishes to appear telephonically at the first day hearing must notify CourtCall by phone (866-582-6878) no later than 2:30 p.m. today.**

Business; and (II) Authorizing the Debtor's Banks and Other Financial Institutions to Process, Honor and Pay Certain Checks Presented for Payment and to Honor Certain Fund Transfer Requests (Docket No. 10; Filed on July 25, 2011)

   Status:   This matter is going forward.

5. Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 345(b), Fed.R.Bankr.P. 2015 and Del.Bankr.L.R. 2015-2 for an Order (I) Authorizing Use of Prepetition Acounts and Business Forms, and (II) Waiving the Requirements of 11 U.S.C. § 345(b) on an Interim Basis (Docket No. 6; Filed on July 25, 2011)

   Status:   This matter is going forward.

6. Motion of Debtor for Interim and Final Orders Finding Utilities Adequately Assured of Payment and Establishing Further Procedures Pursuant to 11 U.S.C. § 366 (Docket No. 7; Filed on July 25, 2011)

   Status:   This matter is going forward on an interim basis.

7. Debtor's Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(c), 263(e), 364 and 507 and Fed.R.Bankr.P. 2002, 4001, and 9014 (I) Authorizing Debtor to Obtain Postpetition Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Authorizing the Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code, (III) Granting Liens and Super-Priority Claims; (IV) Granting Adequate Protection and (V) Scheduling a Final Hearing Pursuant to Fed.R.Bankr.P. 4001(b) and (c) (Docket No. 12; Filed on July 25, 2011)

   a. Exhibit Supplement to Debtor's Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(c), 263(e), 364 and 507 and Fed.R.Bankr.P. 2002, 4001, and 9014 (I) Authorizing Debtor to Obtain Postpetition Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Authorizing the Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code, (III) Granting Liens and Super-Priority Claims; (IV) Granting Adequate Protection and (V) Scheduling a Final Hearing Pursuant to Fed.R.Bankr.P. 4001(b) and (c) (Docket No. No. 13; Filed on July 25, 2011)

   Status:   This matter is going forward on an interim basis.

8. Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a), 363, and 365, and Bankruptcy Rules 202, 6004, and 6006 for (I) an Order (A) Establishing Bidding and Auction Procedures Related to the Sale of Substantially All of the Debtor's Assets; (B) Scheduling an Auction and Sale Hearing; (C) Establishing Certain Notice Procedures for Determining Cure Amounts for Executory Contracts and Unexpired Leases to be Assigned; and (D) Granting Certain Related Relief; and (II) and Order (A) Approving the Sale of Substantially All of the Debtor's Assets

Free and Clear of All Liens, Claims, Encumbrances and Interests; (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and (C) Establishing Assumption Procedures for Certain Additional Executory Contracts and Unexpired Leases (Docket No. 11; Filed on July 25, 2011)

<u>Status</u>:   This matter is going forward.  The Debtor is seeking entry of the proposed form of bidding procedures order.

Wilmington, Delaware
Dated:   July 26, 2011

Respectfully submitted,

REED SMITH LLP

By: /s/ Timothy P. Reiley
Kurt F. Gwynne (No. 3951)
Richard A. Robinson (No. 5059)
Timothy P. Reiley (No. 5435)
1201 Market Street; Suite 1500
Wilmington, DE 19801
Phone:  (302) 778-7500
Fax:  (302) 778-7575
Email: kgwynne@reedsmith.com
         rrobinson@reedsmith.com
         treiley@reedsmith.com

Proposed Counsel for the Debtor in Possession