# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Entelos, Inc. | | |
| **Case Number:** | 11-12329-PJW | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, JULY 26, 2011 04:00 PM   CRT#2, 6TH FL. | | |
| **Bankruptcy Judge:** | PETER J. WALSH | | |
| **Courtroom Clerk:** | LORA JOHNSON | | |
| **Reporter / ECR:** | MICHAEL MILLER | | |

## *Matter:*

First Day Motions

**R / M #:**   14 / 0

## *Appearances:*

See attached Court sign-in sheet

## *Proceedings:*

Hearing Held.
Agenda Items:
#1 - Petition
#2 - Declaration of Shawn O'Connor
#3 - Order signed
#4 - Order signed
#5 - Order signed
#6 - Interim Order signed *
#7 - Revised Interim Order due *
#8 - Bid procedures hearing scheduled for 8/10/11 @ 10:00 a.m.

*Final hearing scheduled for 8/10/11 @ 10:00 a.m.