# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE
# Minute Entry

### Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Entelos, Inc. | | |
| **Case Number:** | 11-12329-PJW | **Chapter:** | 11 |
| **Date / Time / Room:** | FRIDAY, SEPTEMBER 23, 2011 10:00 AM   CRT#2, 6TH FL. | | |
| **Bankruptcy Judge:** | PETER J. WALSH | | |
| **Courtroom Clerk:** | LORA JOHNSON | | |
| **Reporter / ECR:** | MICHAEL MILLER | | |

### Matter:

Sale

**R / M #:**   179 / 0

### Appearances:

See attached Court sign-in sheet

### Proceedings:

Hearing Held.
Agenda Items:
#1 to #3 - Orders entered on 9/15/11
#4 - Revised sale order due
#5 - Order signed